**Nancy Elizabeth WIBER, Respondent,**

v.

**Thomas Charles WIBER, Appellant.**

No. 65127.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Michael T. Cady, Barbara E. Birkicht, St. Louis, for appellant.

Susan M. Hais, James Carmody, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Husband appeals the decree of dissolution ordering him to pay Wife one thousand dollars per month as and for decretal modifiable maintenance. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the decree is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We affirm the trial court's decree pursuant to Rule 84.16(b).

■

**James WEBSTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 66528.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Nancy L. Vincent, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find that the action of the motion court was not clearly erroneous. An opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).